UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

**ORDER**

        -against-

20-CR-0481-2 (ER)

ADREAN COOMBS,

                Defendant.
-------------------------------------------------------X

Ramos, D.J.:

      For the reasons stated on the record at the proceeding held on February 18, 2021,

bail is REVOKED, and the defendant is REMANDED to the custody of the United States

Marshal for the Southern District of New York.  The defendant shall self-surrender to the

U.S. Marshal Service at 500 Pearl Street, New York, New York by 12:00 p.m. Friday,

February 19, 2021.  See transcript for complete details of this proceeding.


Dated:  New York, New York
        February 18, 2021

                                    SO ORDERED

                                  _____
                                  Edgardo Ramos
                                  United States District Judge