USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: \_\_10/22/2021\_\_

XUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ADREAN COOMBS,

                Defendant.

ORDER

20 Cr. 481-2 (ER)

Ramos, D.J.:

The C.J.A. attorney assigned to this case, Xavier Donaldson, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **Helen Cantwell**.

SO ORDERED.

Dated: New York, New York
       October 22, 2021

                                              Edgardo Ramos, U.S.D.J.