

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

# MEMO ENDORSED

August 17, 2022

> The hearing is adjourned to August 30, 2022 at 11 a.m.  Speedy trial time is excluded from today August 17, 2022 until August 30, 2022, in the interest of justice.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: ___8/17/2022_____
> New York, New York

**VIA ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Adrean Coombs*, Case No. 20-CR-481-2 (ER)

Dear Judge Ramos:

We represent Mr. Coombs in the above-captioned action.  Per the Court's endorsement of counsel's August 11, 2022 letter, a substitution of counsel hearing is currently scheduled for August 25, 2022 at 11:30 a.m.  Counsel to Mr. Coombs is not available on that date.  We respectfully request that the hearing be rescheduled.  Counsel is available on Monday, August 29 or Tuesday, August 30 should those dates work with the Court's calendar.  This is the first request for such an adjournment and the Government consents to this request.  The parties consent to exclude time until the date of the substitution of counsel hearing.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Helen Cantwell*

Helen Cantwell (hcantwell@debevoise.com)
Melanie Burke (mburke@debevoise.com)
Jillian Tancil (jtancil@debevoise.com)

DEBEVOISE & PLIMPTON LLP

*Attorneys for Defendant*

cc: Elizabeth Espinosa, Jarrod Schaeffer (via ECF)
    *Attorneys for Government*