UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ADREAN COOMBS,

                    Defendant.

ORDER

20 Cr. 481-2 (ER)

Ramos, D.J.:

    The substitution of counsel hearing previously scheduled for August 30, 2022, is hereby **rescheduled for September 1, 2022 at 10:00 a.m.**

    The time between August 30, 2022 and September 1, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by this exclusion of time outweigh the interests of the public and the defendant in a speedy trial.

    It is SO ORDERED.

Dated:  New York, New York
          August 24, 2022

                                        EDGARDO RAMOS, U.S.D.J.