

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

August 25, 2022

**VIA ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> The substitution of counsel hearing is adjourned to September 6, 2022 at 10 a.m. Speedy trial time is excluded from September 1, 2022 until September 6, 2022, in the interest of justice.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: __8/25/2022__
> New York, New York

**MEMO ENDORSED**

    Re:    *United States v. Adrean Coombs*, Case No. 20-CR-481-2 (ER)

Dear Judge Ramos:

We represent Mr. Coombs in the above-captioned action. Per the Court's August 25, 2022 Order, a substitution of counsel hearing is currently scheduled for September 1, 2022 at 10:00 a.m. Counsel to Mr. Coombs is not available on that date. We respectfully request that the hearing be rescheduled. Counsel is available September 6th through September 9th should those dates work with the Court's calendar. This is the second request for such an adjournment and the Government consents to this request. The parties consent to exclude time until the date of the substitution of counsel hearing.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Helen Cantwell*

Helen Cantwell (hcantwell@debevoise.com)
Melanie Burke (mburke@debevoise.com)
Jillian Tancil (jtancil@debevoise.com)

DEBEVOISE & PLIMPTON LLP

*Attorneys for Defendant*

cc:    Elizabeth Espinosa, Jarrod Schaeffer (via ECF)
       *Attorneys for Government*

www.debevoise.com