UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ADREAN COOMBS,<br><br>                              Defendant. | **ORDER**<br><br>20 Cr. 481-2 (ER) |

Ramos, D.J.:

  The C.J.A. attorney assigned to this case, Helen V. Cantwell, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **Matthew D. Myers**.

SO ORDERED.

Dated: New York, New York
    September 6, 2022

                        Edgardo Ramos, U.S.D.J.