

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

February 16, 2023

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Thomas Santos, et al.*, S1 20 Cr. 481 (ER)

Dear Judge Ramos:

    After conferring with defense counsel, the Government understands that Adrean Coombs, a defendant in the above-referenced case, intends to enter a plea of guilty in this matter. The Government further understands that the Court and the defense are available on March 6, 2023, at 3:30 P.M. Accordingly, the Government respectfully requests that a change-of-plea proceeding be scheduled for that date and time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney
    Southern District of New York

By:    /s/
    Jarrod L. Schaeffer / Elizabeth A. Espinosa
    Assistant United States Attorneys
    Tel: (212) 637-2270 / 2216

cc: Counsel of Record (via ECF)

---

The change of plea hearing will be held on March 6, 2023 at 3:30 p.m.
SO ORDERED.

*[signature]*

Edgardo Ramos, U.S.D.J.
Dated: 2/17/2023
New York, New York