

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 30, 2023

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Thomas Santos, et al.*, S1 20 Cr. 481 (ER)

Dear Judge Ramos:

The Government writes respectfully regarding upcoming pretrial deadlines in this case, which currently require the parties to submit pretrial filings on November 6, 2023. (*See* Doc. No. 190).

Counsel for Erik Suarez is currently preparing for another trial, and the Government is currently engaged in discussions with counsel for Adrean Coombs about a potential pretrial resolution of his case. The Government has conferred with counsel for Mr. Suarez and Mr. Coombs, both of whom consent to an adjournment of the pretrial filing deadlines.

Accordingly, the Government respectfully requests that the deadline to file pretrial materials, and responses thereto, be adjourned for a period of two weeks. The Government will promptly provide additional updates to the Court as they become available.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:   */s/ Jarrod L. Schaeffer*
Jarrod L. Schaeffer / Elizabeth A. Espinosa
Assistant United States Attorneys
Tel: (212) 637-2270 / 2216

Pretrial filings are due November 20, 2023.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: 11/2/2023
New York, New York

cc:  Counsel of Record (via ECF)