U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

November 14, 2023

> Trial is adjourned to February 12, 2024 at 9:30 a.m. Pretrial documents are due January 12, 2024. Responses thereto are due January 26, 2024. A final pretrial conference will be held on February 1, 2024 at 2:30 p.m. Speedy trial time is excluded from December 11, 2023, until February 12, 2024, in the interest of justice. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 11/16/2023
> New York, New York

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Thomas Santos, et al.*, S1 20 Cr. 481 (ER)

Dear Judge Ramos:

    With the consent of all parties, the Government writes respectfully regarding the upcoming trial and associated pretrial deadlines in this case. Trial is currently scheduled to begin on December 11, 2023, and the parties are required to submit pretrial filings on or before November 20, 2023. (*See* Doc. No. 207.)

    Counsel for Erik Suarez is currently conducting another trial, and may have another matter in early December 2023. Similarly, counsel for Adrean Coombs is preparing to try two homicide cases—both approximately three years old—which will commence in January 2024 after long delays. Additionally, the Government is currently engaged in discussions with counsel for Mr. Coombs regarding a potential pretrial resolution of his case.

    Accordingly, the Government respectfully requests that trial in this matter, along with all associated pretrial filing deadlines, be adjourned for a period of sixty days. Counsel for the defendants have consented to an adjournment and exclusion of time under the Speedy Trial Act.

                  Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney
                    Southern District of New York

By:   */s/ Jarrod L. Schaeffer*
       Jarrod L. Schaeffer / Elizabeth A. Espinosa
       Assistant United States Attorneys
       Tel: (212) 637-2270 / 2216

cc:   Counsel of Record (via ECF)