UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

        -against-

ADREAN COOMBS

        Defendant.

**ORDER**

20-cr-481 (ER)

      The Court is in receipt of Coombs' Motion for Mental Health Examination (Doc. 211). Pursuant to Federal Rule of Criminal Procedure 12.2(c)(1)(A) and 18 U.S.C. § 4241, the Court grants the motion and directs the Bureau of Prisons ("BOP") to conduct a mental health examination of Coombs to determine his mental competency. As Coombs requested and the Government has agreed, the examination shall take place within a BOP-designated mental health facility by a suitably licensed or certified examiner and must be completed within the next three months.

      SO ORDERED.

Dated:   December 20, 2023
            New York, New York

                                                  Edgardo Ramos, U.S.D.J.