

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

**BY ECF**

January 14, 2024

Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York 10007

## MEMO ENDORSED

<u>US v. Adrean Coombs</u>
20 CR 481 (ER)

Your Honor:

      I represent the above referenced defendant, Adrean Coombs (Reg 09690-509) before Your Honor. As this Court is well aware, Mr. Coombs is being evaluated for competency issues at a facility in San Diego, California.

      Because of the delays in getting Mr. Coombs evaluated for treatment programs as well as this latest competency evaluation <u>we ask that the schedule for pre-trial motions in limine and other pre-trial conference dates be postponed until the Defense is able to evaluate whether Mr. Coombs is able to assist his defense attorney at trial.</u>

      The Government has no objection to the above scheduling postponements.

Cc: AUSA Elizabeth Espinosa
     AUSA Jarrod Schaeffer

                                                              **Respectfully Submitted,**

                                                             **/s/Matthew D. Myers**

                                                             **Defense Counsel for Mr. Coombs**

---

Mr. Coombs request to postpone the deadline for pretrial motions in limine and pretrial conference dates is granted.
SO ORDERED.

_[signature]_

Edgardo Ramos, U.S.D.J.
Dated: 1/16/2024
New York, New York

N ♦ Y ♦ C