

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2024

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:  *United States v. Adrean Coombs*, S1 20 Cr. 481 (ER)

Dear Judge Ramos:

The Government writes with consent of the defense to respectfully request that the conference currently scheduled for June 28, 2024, be adjourned to July 2, 2024, at 11:00 a.m., which the parties understand is convenient for the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:  _____/s/_____
Elizabeth A. Espinosa
Assistant United States Attorney
Tel: (212) 637-2216

cc:  Counsel of Record (via ECF)

---

The status conference is adjourned to July 2, 2024, at 11 a.m.
SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated:  6/25/2024
New York, New York