

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF  
Hon. Edgardo Ramos  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York 10007

September 10, 2024

**MEMO ENDORSED**

<u>US v. Adrean Coombs</u>  
20 CR 481 (ER)

Your Honor:

    I represent the above referenced defendant, Adrean Coombs (Reg 09690-509), before Your Honor. As this Court is well aware, Mr. Coombs is slated to begin his trial on October 8, 2024. Prior to the Court setting our trial schedule defense counsel had scheduled a sentencing in the District of New Jersey, US v Shtindler, 19 CR 848. That case was re-scheduled for the better part of two years because of numerous delays and complications. I am requesting of this Court that our trial stand in recess on Thursday October 10, 2024 so I can attend that sentencing. Because of the distance of travel and the duration of the sentencing proceeding I expect the sentencing to take up the better part of the day.

    I have discussed this request with the Government and they have no objection to the above scheduling request. We expect the trial to be easily completed in a four to five day period.

    Thank-you for Your consideration of the above request.

Cc: AUSA Adam Sowlati  
     AUSA Diarra M. Guthrie  
     AUSA Frank Balsamello

Respectfully Submitted,  
/s/Matthew D. Myers  
Defense Counsel for Mr. Coombs

---

The application is granted. However, Counsel shall promptly inform the Court if the sentencing is subsequently rescheduled for another date.  
SO ORDERED.

*[signature]*

Edgardo Ramos, U.S.D.J.  
Dated: 9/12/2024  
New York, New York