UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

      - against -

ADREAN COMBS,

                    Defendant.
--------------------------------------------------------x

**SCHEDULING ORDER**

20 CR 481-2 (ER)

The jury trial presently scheduled for October 8, 2024, is hereby adjourned. A status conference will be held tomorrow, October 8, 2024, at 10 a.m. in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
         October 7, 2024

_____
Edgardo Ramos, U.S.D.J.