UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

                - against-

ADREAN COOMBS,

                     Defendant.
-------------------------------------------------x

**SCHEDULING ORDER**

20 Cr. 481-2 (ER)

Ramos, D.J.:

      As to Defendant Adrean Coombs, a final pretrial conference will be held on December 5, 2024, at 3:00 p.m. in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

      SO ORDERED.

Dated: New York, New York
         December 2, 2024

                                              Edgardo Ramos, U.S.D.J.