UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

        - against-

ADREAN COOMBS,

        Defendant.
-------------------------------------------------x

**ORDER**

20 Cr. 481-2 (ER)

Ramos, D.J.:

    Upon the consent of the parties, the final pretrial conference, presently scheduled for December 5, 2024, is hereby adjourned to **December 6, 2024, at 11:30 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

    SO ORDERED.

Dated:  New York, New York
         December 3, 2024

                                                        Edgardo Ramos, U.S.D.J.