

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF                                                    December 4, 2024
Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse                    **MEMO ENDORSED**
40 Foley Square
New York 10007

US v. Adrean Coombs
20 CR 481 (ER)

Your Honor:

I represent the above referenced defendant Adrean Coombs who is
slated for a pre-trial conference this Friday, December 6, 2024 at
11:30am.

I have conferred with the Government and neither party has any issues
to resolve at the conference.

Per Your Honor's instruction jury selection will commence December
10, 2024 followed by opening statements on December 11, 2024.

Defense Counsel has a very long commute into New York.  The only
matter I have on my calendar this Friday is the conference.  So unless
the Court wanted to resolve an issue unforeseen by the parties there
appears to be nothing to resolve.

Thank-you for Your consideration of the above request.

Cc:  AUSA Adam Sowlati
     AUSA Diarra M. Guthrie
     AUSA Frank Balsamello

                              Respectfully Submitted,
                              /s/Matthew D. Myers
                              Defense Counsel for Mr. Coombs

---

The application to adjourn the December 6, 2024 conference is granted.
SO ORDERED.


Edgardo Ramos, U.S.D.J.
Dated:   12/5/2024
New York, New York