UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

            - against-

ADREAN COOMBS,

                    Defendant.
-------------------------------------------------x

**ORDER**

20 Cr. 481-2 (ER)

Ramos, D.J.:

       Sentencing, previously scheduled for March 19, 2025, is adjourned to **April 9, 2025, at 10:00 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

       SO ORDERED.

Dated:   New York, New York
           January 6, 2025

                                                                  Edgardo Ramos, U.S.D.J.