UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

        - against-

ADREAN COOMBS,

               Defendant.
-------------------------------------------------x

**ORDER**

20 Cr. 481-2 (ER)

Ramos, D.J.:

    A violation of supervised release conference will be held on **April 30, 2026, at 10:30 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

    SO ORDERED.

Dated: April 15, 2026
      New York, New York

                                     _____
                                     Edgardo Ramos, U.S.D.J.